Brent F. Romney, SBN 72424
BLUMENTHAL AND MOORE LAW OFFICES
3993 Market Street
Riverside, CA 92501
Telephone:  (951) 682-5110
Facsimile:  (951) 688-7303
E-mail: bromney@blumenthallawoffices.com

Attorneys for Defendant Apolonio Gamez.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br><br>  vs.<br><br><br>APOLONIO GAMEZ,<br><br>   Defendant. | **ED CR No. 18-00100-JGB**<br><br>**DEFENDANT'S EX PARTE REQUEST TO HAVE SECURED SURETY LIENS RELEASED ON TWO PROPERTIES**<br>DATE:<br><br>TIME:<br><br>COURT:  Hon. Jesus G. Bernal |

Defendant APOLONIO GAMEZ, by and through his attorney, Brent F. Romney, hereby files this *ex parte* request to have the secured surety liens on the following properties released:

- 4101 Larkspur Street, Lake Elsinore, California 92530; owners Apolonio Gamez and Karina Gamez.
- 3521 Pioneer Ave., Cheyenne, Wyoming 82001; owner Trinity Gamez.

This request is based upon the records contained within the Court's files and other records in this case, the attached memorandum by counsel, and such further evidence and argument as the Court may permit.

Date:  March 18, 2022    Respectfully submitted,

            BLUMENTHAL AND MOORELAW OFFICES

            _____
            Brent F. Romney
            Attorneys for Apolonio Gamez

**MEMORANDUM**

**I**

**II.    PROCEDURAL SUMMARY:**

1.  On March 14, 2018, the USAO filed a Complaint against defendant APOLONIO GAMEZ (hereafter, "defendant") that accused him, a prison guard, of engaging in, or attempting to engage in, sexual acts with three (3) federal prison inmates in violation of 18 U.S.C. 2243(b).  <u>See Court Docket entry #1</u>.

2.  On March 16, 2018 defendant appeared in court while in custody.  Federal public defender Jelani Lindsey was appointed to represent defendant.  Bail was set at $100,000 with the following conditions:

- Defendant's wife, Karina Gamez, and defendant's sister-in-law, Trinity Gamez, each needed to sign an Affidavit of Surety *without* Justification for $50,000 each.

- Karina Gamez also needed to file an Affidavit of Surety *with* Justification for $50,000 by April 4, 2018.

The two Affidavits of Surety *without* Justification were subsequently signed.  <u>See Court docket entry #10 and attached bond terms and conditions</u>.

3.  On March 29, 2018, defendant filed an ex parte application to modify the court's order regarding bail bond conditions, specifically that Karina Gamez would file an Affidavit of Surety *with* Justification for $25,000, and defendant's sister-in-law,Trinity Gamez, would also file an Affidavit of Surety *with* Justification for $25,000.  <u>See Court docket entry #18, the ex parte application</u>.

4.  On April 4, 2018 the Court granted defendant's application to modify the Court's bail bond order, as follows:

- Karina Gamez was to sign and file an Affidavit of Surety with Justification for $25,000 based on the Lake Elsinore property.

- Trinity Gamez was to sign and file an Affidavit of Surety with Justification for $25,000 based on the Wyoming property

- Karina Gamez was to give a "full deed of property" for the Lake Elsinore home.  <u>See  Court docket entry #26</u>.

5  On April 17, 2018, both Karina Gamez and defendant, as joint tenants of the Lake Elsinore property, each filed with the Court an Affidavit of Surety for $25,000.  The bond on this property for $25,000 was to "continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court." <u>See Court docket entries #31 and 32</u>.

6. On the same day, April 4, 2018, Karina and defendant, as joint tenants, conveyed to the Court a "full deed of property" on the Lake Elsinore property. <u>See Court docket entry #33.</u>

7. On May 3, 2018, defendant's sister-in-law, Trinity Gamez, as sole owner of the Wyoming property, filed with the Court an Affidavit of Surety for $25,000. The bond on this property for $25,000 was to "continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court." <u>See Court docket entry #37 and #39.</u>

8. On the same day, May 3, 2018, defendant was released from custody, with release number 36142. <u>See Court docket entry #36.</u>

9. On July 19, 2018, the Court granted defendant's motion to have Brent F. Romney of Blumenthal Law Offices substitute in as counsel of record. At that time, the federal public defender's office was relieved. <u>See Court docket entry #45.</u>

10. On October 11, 2018, a Plea Agreement was filed with the Court wherein defendant agreed to plead guilty to counts 1, 4 and 5:

|            |                                                     |
|------------|-----------------------------------------------------|
| Count One  | Violation of 18 U.S.C. 2243(b)                      |
| Count Four | Violation of 18 U.S.C. 2243(b)                      |
| Count Fife | Attempted violation of 18 U.S.C. 2243(b) <u>See Court docket entry #52.</u> |

11. On October 29, 2018, defendant pled guilty to counts 1, 4 and 5. <u>See Court docket entry #55.</u>

12. On January 28, 2019, the Court imposed the following sentence:

- Defendant is to serve 2 years custody within the Bureau of Prisons.
- Ddefendant is to be on supervised release thereafter for 7 years.
- Defendant is required to register as a sex offender for the remainder of his life.
- Other terms and conditions. <u>See Court docket entries #61 and #62.</u>

13. On that same date, January 28, 2019, defendant surrendered to the United States Marshall in the courtroom to begin serving his sentence. <u>See Court docket entry #61</u> (where the box for a exoneration of bail bond on the surrender date is blank).

14. Defendant has served his custody time, is currently on supervised release, and has registered as a sex offender.

15. Defendant and his wife, Karina Gamez, want to sell their Lake Elsinore home, but in doing so, they were told that the lien on that home, as well as the lien on the Wyoming home of Trinity Gamez, have never been released. Probation has told defendant that he needs a court order for the liens to be released.

16.  In reviewing the Court's minute order of the January 28, 2019 sentencing and judgment hearing, it appears that either the court did not order the bonds to be exonerated, or the clerk overlooked checking the box where it states "Bond exonerated."  <u>See Court docket entry #61</u> (where the box for a exoneration of bail bond is blank).

17.     Assistant United States Attorney Sean Peterson, the assigned prosecutor for this case, has been provided a copy of this ex parte request.  He has advised defense counsel that he has no objection to the court issuing an Order that exonerates the bond secured by liens on each house.


Respectfully submitted,


BLUMENTHAL AND MOORE LAW OFFICES


_____
Brent F. Romney
Attorneys for Apolonio Gamez




I, the undersigned, have no objection to the Court issuing an Order in the above entitled case that exonerates the bonds in this case that weresecured by liens placed on the following homes:

- 4101 Larkspur Street, Lake Elsinore, California 92530; owners Apolonio Gamez and Karina Gamez.
- 3521 Pioneer Ave., Cheyenne, Wyoming 82001; owner Trinity Gamez.

Respectfully,


_____
Sean Peterson
Assistant United States Attorney

Brent F. Romney, SBN 72424
BLUMENTHAL AND MOORE LAW OFFICES
3993 Market Street
Riverside, CA 92501
Telephone:  (951) 682-5110
Facsimile:  (951) 688-7303
E-mail: bromney@blumenthallawoffices.com

Attorneys for Defendant Apolonio Gamez.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ED CR No. 18-00100-JGB** |
| Plaintiff, | |
| | **[PROPOSED] ORDER TO** |
| | **EXONERATE BOND AND HAVE** |
| | **SECURED SURETY LIENS RELEASED** |
| vs. | **ON TWO PROPERTIES.** |
| | DATE: |
| | TIME: |
| APOLONIO GAMEZ, | |
| Defendant. | COURT:        Hon. Jesus G. Bernal |

To:     Federal Probation and Pre-trial Services:

         GOOD CAUSE HAVING been shown, the bond in the above entitled case is hereby exonerated, and you are hereby ordered to release the liens placed on the following two properties:

- 4101 Larkspur Street, Lake Elsinore, California 92530; owners Apolonio Gamez and Karina Gamez.
- 3521 Pioneer Ave., Cheyenne, Wyoming 82001; owner Trinity Gamez.

Date: _____                    _____

                                                                    District Court Judge
                                                                    Central District of California