[https://www.fedex.com/en-us/home.html](https://www.fedex.com/en-us/home.html) 

## FedEx® Tracking

**777117824409**
ADD NICKNAME

## Delivered
Tuesday, 6/14/2022 at 9:34 am

**DELIVERED**
Signed for by: M.JOHN



5:18-cr-00100-JGB
USA -V- Apolonio Gamez

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

Direct signature required

| FROM | TO |
|---|---|
| US. DISTRICT COURT | Apolonio and Karina Gamez |
| AMY PHAN | 4101 Larkspur Street |
| 255 E. TEMPLE ST. #1178 | LAKE ELSINORE, CA US 92530 |
| LOS ANGELES, CA US 90012 | 213-894-7771 |
| 213-894-7771 | |

MANAGE DELIVERY

## Travel History

**TIME ZONE** Local Scan Time

**Tuesday, June 14, 2022**

| | | |
|---|---|---|
| 9:34 AM | LAKE ELSINORE, CA | Delivered |
| 8:18 AM | ONTARIO, CA | On FedEx vehicle for delivery |
| 6:45 AM | ONTARIO, CA | At local FedEx facility |
| 2:28 AM | OAKLAND, CA | Departed FedEx hub |

(https://www.fedex.com/en-us/home.html)

| Time | Location | Status |
|---|---|---|
| 8:14 PM | LOS ANGELES, CA | At destination sort facility |
| 8:00 PM | LOS ANGELES, CA | Left FedEx origin facility |
| 5:22 PM | LOS ANGELES, CA | Shipment arriving On-Time |
| 5:11 PM | LOS ANGELES, CA | Picked up |
| 5:42 PM | | Shipment information sent to FedEx |

Collapse History ∧

## Shipment Facts

**TRACKING NUMBER**
777117824409

**SERVICE**
FedEx Priority Overnight

**WEIGHT**
0.5 lbs / 0.23 kgs

**DELIVERY ATTEMPTS**
1

**DELIVERED TO**
Residence

**TOTAL PIECES**
1

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**TERMS**
Shipper

**SHIPPER REFERENCE**
A. Gamez

**PACKAGING**
FedEx Envelope

**SPECIAL HANDLING SECTION**
Deliver Weekday, Residential Delivery, Direct Signature Required

**SHIP DATE**
6/13/22 ⓘ

**SIGNATURE SERVICES**
Direct signature required ⓘ

**STANDARD TRANSIT**
6/14/22 before 4:30 pm ⓘ

**ACTUAL DELIVERY**
6/14/22 at 9:34 am

**OUR COMPANY**
About FedEx(https://www.fedex.com/en-us/about.html)
Our Portfolio(https://www.fedex.com/en-us/about/company-structure.html)
Investor Relations(https://investors.fedex.com/home/default.aspx)
Careers(https://careers.fedex.com/fedex/)
FedEx Blog(https://www.fedex.com/en-us/blog.html)
Corporate Responsibility(https://www.fedex.com/en-us/about/corporate-social-responsibility.html)
Newsroom(https://newsroom.fedex.com/)
Contact Us(https://www.fedex.com/en-us/customer-support/contact-us.html)

**MORE FROM FEDEX**
FedEx Compatible(https://www.fedex.com/en-us/compatible.html)
FedEx Developer Portal(https://developer.fedex.com/api/en-us/home.html)
FedEx Logistics(https://www.fedex.com/en-us/logistics.html)
FedEx Cross Border(https://www.fedex.com/en-us/cross-border.html)
ShopRunner(https://www.fedex.com/en-us/shoprunner.html)

   Shipment Receipt

### Address Information

**Ship to:**  
Apolonio and Karina Gamez

4101 Larkspur Street

LAKE ELSINORE, CA  
92530  
US  
213-894-7771

**Ship from:**  
AMY PHAN  
US. DISTRICT COURT  
255 E. TEMPLE ST. #1178

LOS ANGELES, CA  
90012  
US  
213-894-7771

### Shipment Information:
Tracking no.: 777117824409  
Ship date: 06/13/2022  
Estimated shipping charges: 10.47 USD

### Package Information
Pricing option: FedEx Standard Rate  
Service type: Priority Overnight  
Package type: FedEx Envelope  
Number of packages: 1  
Total weight: 0.50 LBS  
Declared Value: 0.00 USD  
Special Services: Direct signature required, Residential Delivery  
Pickup/Drop-off: Drop off package at FedEx location

### Billing Information:
Bill transportation to: US District Court-323  
Your reference: A. Gamez  
P.O. no.:  
Invoice no.:  
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

### Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

Case 5:18-cr-00100-JGB   Document 68   Filed 06/29/22   Page 4 of 13   Page ID #:546



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

1 of 2                                                                                                                                                           6/13/2022, 3:43 PM



**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 13, 2022

Apolonio and Karina Gamez
4101 Larkspur Street
Lake Elsinore, CA 92530

### 5:18-CR-00100-JGB-1
### APOLONIO GAMEZ

Dear Property Owner(s):

Enclosed is the Short Form Deed of Trust, **Instrument Number: 2018-0135777,** posted as collateral on a bond for the above-named defendant.

The request for full reconveyance has been executed. Also enclosed, is a letter to the County Recorder regarding the reconveyance of the Deed.

Since the Clerk is only the beneficiary for the property, a full reconveyance deed must also be obtained from the trustee, **Orange Coast Title Co.,** the reconveyance deed is obtained from the trustee, **Orange Coast Title Co.,** the deed and the County Recorder letter must be taken to the County Recorder's Office to complete and record the reconveyance of the property back into your name. Please do this immediately.

Very truly yours,

CLERK, U.S. DISTRICT COURT

Rhodora De Jesus
Financial Specialist

RDJ:ap
Enclosures as stated.

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701



**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

June 13, 2022

RE:   5:18-CR-00100-JGB-1
      **APOLONIO GAMEZ**

TO WHOM IT MAY CONCERN:

This letter is in reference to the full reconveyance issued for **Instrument Number: 2018-0135777,** previously deeded over to the Clerk, U.S. District Court, Central District of California from, Apolonio Gamez and Karina Gamez, Husband and Wife as Joint Tenants, herein called trustor(s).

There is <u>no note involved</u> in the reconveyance of the property back into the trustor's name. The deed was recorded in favor of the Court for the sole purpose of collateral on a bail bond posted for the defendant(s) referred to above.

Therefore, you are authorized to record the subject property back to the trustors named above.

Very truly yours,

CLERK, U.S. DISTRICT COURT

Rhodora De Jesus
Financial Specialist

RDJ:ap

**Eastern Division**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**Southern Division**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701

SCANNED

```
                                    2018-0135777         FILED
                                                         CLERK, U.S. DISTRICT COURT
RECORDING REQUESTED BY              04/09/2018 12:11 PM Fee: $210.00
                                    Page 1 of 5         APR 17 2018
WHEN RECORDED, MAIL TO:             Recorded in Official Records
                                    County of Riverside  CENTRAL DISTRICT OF CALIFORNIA
CLERK, U.S. DISTRICT COURT          Peter Aldana         EASTERN DIVISION AD BY DEPUTY
312 No. SPRING STREET, Rm. G-8      Assessor-County Clerk-Recorder
LOS ANGELES, CALIFORNIA 90012
                                                                    782
```

(SPACE ABOVE THIS LINE FOR RECORDER'S USE)

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this __6TH__ day of __APRIL__, __2018__ between __APOLONIO GAMEZ and KARINA GAMEZ, Husband and Wife as Joint Tenants__, herein called TRUSTOR, whose address is __4101 LARKSPUR STREET, LAKE ELSINORE, CALIFORNIA 92530__; __ORANGE COAST TITLE CO., 3536 CONCOURS, STE. 120, ONTARIO, CALIFORNIA 91764__ herein called TRUSTEE; and Clerk, U.S. District Court, Central District of California, herein called BENEFICIARY; **WITNESSETH**: That Trustor irrevocably grants, transfers and assigns to trustee in trust, with power of sale that property in __RIVERSIDE__ County, California, common address __4101 LARKSPUR STREET, LAKE ELSINORE, CALIFORNIA 92530__, legally described as:

The real property in the City of Lake Elsinore, County of Riverside, State of California, described as: Lot 111, of Tract 28214-3 as shown by map on file in Book 392, Pages 94 to 99 inclusive of Maps in the office of the County Recorder of Riverside County, California. Complete Legal Description is attached as Exhibit "A."

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph B(5) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the purpose of securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) __APOLONIO GAMEZ__ in Case No. __EDCR18-00100-JGB__, which includes an obligation by said Trustor(s) surety(ies) in the amount of $ __25,000.00__.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 | 1964 | 149774 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on the reverse page hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by law.

CR-5 (01/08)                    **SHORT FORM DEED OF TRUST**                    Page 1 of 2

(33)

DOC #2018-0135777 Page 2 of 5

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to said Trustor at the address hereinbefore set forth.

X _/s/ Aplin_____    APOLONIO GAMEZ
Signature of Trustor                  Print Name of Trustor

X _/s/ K Gmy_____    KARINA GAMEZ
Signature of Trustor                  Print Name of Trustor

State of _____    ss.
                                    County of _____

On _____ before me, _____ personally appeared
                          (name, title of officer, i.e., "Jane Doe, Notary Public")

~~proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.~~

WITNESS my hand and official seal.

ALL PURPOSE ACKNOWLEDGMENT ATTACHED

X _____
Signature

**CERTIFICATE OF RECORDATION**
(To be used only by Office of the Clerk.)

This is to certify that the interest in real property conveyed by the deed dated _____
from _____ to CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, a governmental agency, is hereby accepted by order of the Court on _____
and the grantee consents to recordation thereof by its duly authorized Deputy Clerk(s).

CLERK, UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Date _____    By Deputy _____

**REQUEST FOR FULL RECONVEYANCE**
(To be used only when note has been satisfied)

To _Orange Coast Title Co._____, Trustee Dated _~~4/21/2022~~_ 06/13/2022

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

Mail Reconveyance To:                Clerk, U. S. District Court
                                     Central District of California
Apolonio & Karina Gamez
4101 Larkspur St.                    ~~Chief Deputy~~ _/s/_ Rhodora De Jesus, Financial Specialist
Lake Elsinore, CA 92530

Do not lose or destroy this Deed of Trust or THE NOTE which it secures.
Both must be delivered to the Trustee for cancellation before reconveyance will be made.

CR-5 (01/08)                     SHORT FORM DEED OF TRUST                     Page 2 of 2

**SEE ATTACHED ACKNOWLEDGMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## ALL-PURPOSE ACKNOWLEDGMENT

*A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.*

This document has been signed in my presence by Rhodora De Jesus, Financial Specialist proved to me to be the person whose name is subscribed to the attached instrument and who executed the same in the capacity of Deputy Clerk, United States District Court, Central District of California. Further, this instrument bears the seal /stamp of the United States District Court, Central District of California and thus requires no other seal of attestation as to the authenticity of the within signatures or the entity upon behalf of which the person executed the instrument.

Executed before me at Los Angeles, California, on June 13, 2022
by   Amy Phan, Deputy Clerk                              , No. 1247   .

Signature of Deputy Clerk

Pursuant to Rule 902, Rules of Evidence for United States Courts, extrinsic evidence of authentication is not required with respect to a document bearing the seal of the United States an agency or officer thereof and a signature of attestation or execution.

1247

### Description of Attached Document

Title or Type of Document: Short Form Deed of Trust and Assignment of Rents

Document Date: April 06, 2018            Number of Pages 5

Case No. 5:18-CR-00100-JGB-1

Recorder Instrument No. 2018-0135777

Other:

DOC #2018-0135777 Page 3 of 5

# EXHIBIT "A"

## LEGAL DESCRIPTION

Real property in the **City of Lake Elsinore**, County of **Riverside**, State of **California**, described as follows:

**PARCEL 1:**

LOT 111 OF TRACT NO. 28214-3, AS PER MAP RECORDED IN BOOK 392, PAGES 94 TO 99, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ALL MINERALS, INCLUDING, WITHOUT LIMITING THE GENERALITY THEREOF, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AS WELL AS METALLIC OR OTHER SOLID MINERALS, WITHOUT, HOWEVER, THE RIGHT TO GO UPON OR USE THE SURFACE OF SAID LAND, OR ANY PART THEREOF, FOR THE PURPOSE OF DRILLING FOR, MINING FOR, OR OTHERWISE REMOVING ANY OF SAID MINERALS. TOGETHER WITH THE RIGHT TO REMOVE ANY OF SAID MINERALS FROM SAID LAND BY MEANS OF WELLS, SHAFTS, TUNNELS, OR OTHER MEANS OF ACCESS TO SAID MINERALS WHICH MAY BE CONSTRUCTED, DRILLED OR DUG FROM OTHER LAND, PROVIDED THAT THE EXERCISE OF SUCH RIGHTS SHALL IN NO WAY INTERFERE WITH OR IMPAIR THE USE OF THE SURFACE OF SAID LAND OR OF ANY IMPROVEMENTS THEREON, AS PROVIDED IN DEEDS OF RECORD.

ALSO EXCEPTING THEREFROM ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, COAL AND CLAY DEPOSITS, NATURAL GAS RIGHTS, OTHER HYDROCARBONS, AND GEOTHERMAL DEPOSITS OR RESOURCES BY WHATSOEVER NAME KNOWN THAT MAY BE WITHIN OR UNDER SAID LAND AND THAT HAVE NOT HERETOFORE BEEN RESERVED OF RECORD BY OR CONVEYED OF RECORD TO OTHERS, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHISTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO DRILL, RETUNNEL, EQUP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER FIVE HUNDRED (500) FEET OF THE SUBSURFACE OF THE LANDS HEREINABOVE DESCRIBED, AS PROVIDED IN DEEDS OF RECORD.

**PARCEL 2:**

ALL USE RIGHTS AND EASEMENTS SPECIFIED AS EXISTING IN OR GRANTED TO AN "OWNER" IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR ALBERHILL RANCH (THE "DECLARATION").

APN: **389-712-001-1**

DOC #2018-0135777 Page 4 of 5

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of Riverside

On April 06, 2018 before me, Leticia Martinez, Notary Public,  
*Date*                                        *Here Insert Name and Title of the Officer*

personally appeared Karina Gamez  
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

LETICIA MARTINEZ  
Notary Public – California  
Riverside County  
Commission # 2228487  
My Comm. Expires Feb 6, 2022

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  
*Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

--- **OPTIONAL** ---

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: Short Form Deed of Trust And Assignment of Rents  
Document Date: April 06, 2018                    Number of Pages: Three  
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☒ Individual  ☐ Attorney in Fact | ☐ Individual  ☐ Attorney in Fact |
| ☐ Trustee  ☐ Guardian of Conservator | ☐ Trustee  ☐ Guardian of Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: _____ | Signer is Representing: _____ |

©2017 National Notary Association

DOC #2018-0135777 Page 5 of 5

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Bernardino

On April 9, 2018 before me, Leticia Martinez, Notary Public,
_Date_ _Here Insert Name and Title of the Officer_
personally appeared Apolonio Gamez
_Name(s) of Signer(s)_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

LETICIA MARTINEZ
Notary Public – California
Riverside County
Commission # 2228487
My Comm. Expires Feb 6, 2022

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
_Signature of Notary Public_

_Place Notary Seal and/or Stamp Above_

──────────── **OPTIONAL** ────────────
_Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document: Short Form Deed of Trust + Assignments of Rents
Document Date: April 06, 2018    Number of Pages: three
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☒ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian of Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian of Conservator
☐ Other: _____
Signer is Representing: _____

©2017 National Notary Association

**This must be in red to be a "CERTIFIED COPY"**

I hereby certify the foregoing instrument to which this stamp has been affixed consisting of __5__ pages to be a full, true and correct copy of the original on file and of record in my office.

*[signature]*

Assessor - County Clerk - Recorder
County of Riverside, State of California

Dated: APR 0 9 2018  *[initials]*

Certification must be in red to be a "CERTIFIED COPY"

*[Seal: Assessor - County Clerk - Recorder, Riverside County, California - ACR]*