CLOSED,BRADY

RULE 5

**U.S. District Court**
**Southern District of California (San Diego)**
**CRIMINAL DOCKET FOR CASE #: 3:24-mj-01635-AHG All Defendants**

5:18-cr-00100-JGB

Case title: USA v. Gamez

Date Filed: 04/25/2024

Date Terminated: 05/09/2024

FILED
CLERK, U.S. DISTRICT COURT
05/21/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

Assigned to: Magistrate Judge Allison H. Goddard

**Defendant (1)**

**Apolonio Gamez**
*TERMINATED: 05/09/2024*
76062112

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 04/26/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Jordan Balk Schaer**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92101-5008
619-234-8467
Fax: 619-687-2666
Email: jordan_schaer@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **U S Attorney CR**<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-5610<br>Fax: (619)557-5917<br>Email: Efile.dkt.gc2@usdoj.gov<br>*TERMINATED: 04/29/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney*<br><br>**Carlos Arguello**<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)546-6684<br>Email: Carlos.Arguello2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/2024 | | Arrest of Apolonio Gamez. (no document attached) (mef) (Entered: 04/25/2024) |
| 04/25/2024 | 1 | OUT OF DISTRICT COMPLAINT as to Apolonio Gamez. (Attachments: # 1 Info Sheet)(mef) (Entered: 04/25/2024) |
| 04/25/2024 | 2 | Set/Reset Duty Hearings as to Apolonio Gamez: Initial Appearance - ODC set for 4/25/2024 before Magistrate Judge Allison H. Goddard. (no document attached) (gac) (Entered: 04/25/2024) |
| 04/25/2024 | 5 | Minute Entry for proceedings held before Magistrate Judge Allison H. Goddard: Initial Appearance - Out of District Complaint as to Apolonio Gamez held on 4/25/2024. Federal Defenders appointed for Apolonio Gamez. Financial affidavit filed. Bond set as to Apolonio Gamez (1) No Bail. Removal/ID Hearing set for 5/9/2024 09:30 AM before Magistrate Judge Allison H. Goddard. (CD# 4/25/2024 AHG 2:56-3:02). (Plaintiff Attorney Brandon Liss, AUSA S/A). (Defendant Attorney Ryan Mardock, FD S/A). (no document attached) (mme) (Entered: 04/26/2024) |
| 04/25/2024 | 6 | ***English. No Interpreter needed as to Apolonio Gamez (no document attached) (mme) (Entered: 04/26/2024) |
| 04/25/2024 | 7 | ORDER as to Apolonio Gamez: The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges. Signed by Magistrate Judge Allison H. Goddard on 4/25/2024. (mme) (Entered: 04/26/2024) |
| 04/25/2024 | 8 | CJA 23 Financial Affidavit by Apolonio Gamez (cxl) (Entered: 04/26/2024) |
| 04/26/2024 | 3 | NOTICE OF ATTORNEY APPEARANCE: Jordan Balk Schaer appearing for Apolonio Gamez (Schaer, Jordan)Attorney Jordan Balk Schaer added to party Apolonio Gamez(pty:dft) (ggv). (Entered: 04/26/2024) |
| 04/26/2024 | 4 | Notice of Assertion of Rights by Apolonio Gamez (Schaer, Jordan) (ggv). (Entered: 04/26/2024) |

| | | |
|---|---|---|
| 04/29/2024 | 9 | NOTICE OF ATTORNEY APPEARANCE Carlos Arguello appearing for USA. (Arguello, Carlos)Attorney Carlos Arguello added to party USA(pty:pla) (axi). (Entered: 04/29/2024) |
| 05/09/2024 | 10 | Minute Entry for proceedings held before Magistrate Judge Allison H. Goddard: Removal/ID Hearing as to Apolonio Gamez held on 5/9/2024.Defendant admits identity, waives hearing and submits a signed waiver. Court orders defendant removed to Central District of California. Court signs the submitted Warrant for Removal. Court sets Status Hearing re Removal on 6/6/24 at 9:30 AM before Magistrate Judge Allison H. Goddard (CD# 5/9/2024 10:43-10:51). (Plaintiff Attorney S/A Calen Bennett, AUSA). (Defendant Attorney S/A Nathan Feneis for Jordan Schaer, FD). (no document attached) (tkl) (Entered: 05/09/2024) |
| 05/09/2024 | 11 | WAIVER of Rule 5(c)(3) Hearing by Apolonio Gamez (stn) (Entered: 05/10/2024) |
| 05/09/2024 | 12 | WARRANT of Removal to the Central District of California Issued as to Apolonio Gamez. (stn) (Entered: 05/10/2024) |
| 05/09/2024 | 13 | NOTICE to Receiving District: **(Central District of California)**, of Case Removal, as to Apolonio Gamez. The following documents are available on the public docket: 12 Warrant of Removal Issued, 4 Notice of Assertion of Rights, 7 Order re Rule 5(f) Advisal - Brady Advisal,, 11 Waiver of Rule 5(c)(3) Hearing, 3 Notice of Attorney Appearance - Defendant, 1 Out of District Complaint, 9 Notice of Attorney Appearance - USA, 8 Financial Affidavit - CJA23. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov.. (stn) (Entered: 05/10/2024) |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '24 MJ1635 AHG

The person charged as GAMEZ, Apolonio, now appears before this United States District Court for an initial appearance as a result of the matter having been filed in the United States District Court for the Central District of California with: Supervised Release Violation; Title 18 USC Section(s) 3583(e)(3).

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: 04/25/2024

_____ (signature)

Seamus Haggerty _____ (print)
Deputy United States Marshal

Reviewed and Approved

DATE: 4/25/2024

_____ (signature)

Parker Gardner-Erickson (print)
Assistant United States Attorney

| | |
|---|---|
| 1 | **JORDAN B. SCHAER**<br>California State Bar No. 354489 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**<br>225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5030<br>Telephone: (619) 234-8467 |
| 4 | Facsimile: (619) 687-2666<br>Jordan_Schaer@fd.org |
| 5 | |
| 6 | Attorneys for<br>APOLONIO GAMEZ |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 24-mj-1635-AHG |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE AS LEAD COUNSEL** |
| v. | |
| APOLONIO GAMEZ, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Jordan B. Schaer, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: April 26, 2024      *s/ Jordan B. Schaer*
                          Federal Defenders of San Diego, Inc.
                          Attorneys for
                          APOLONIO GAMEZ
                          Email: Jordan_Schaer@fd.org

Case 5:18-cr-20100-JCO-DRG Document 72 Filed 05/24/24 PageID.911 Page 6 of 11
Case 3:24-mj-01635-AHG Document 4 Filed 05/21/24 PageID.91 Page 1 of 1 #:616

9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
VS. ) Case No.: 24-mj-1635-AHG
)
Apolonio Gamez )

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not waive any of my constitutional rights except in the presence of counsel. I do not want the government or its agent to question me, or to contact me, seeking my waiver of any rights, unless my counsel is present.

Date: 4.25.24

Defendant

Witnessed By:

## EXIJO Y HAGO VALER MIS DERECHOS BAJO LAS ENMIENDAS QUINTA Y SEXTA DE LA CONSTITUCIÓN DE LOS ESTADOS UNIDOS

Al firmar este documento, yo, el acusado aquí nombrado, amparado bajo los derechos de las enmiendas Quinta y Sexta en la Constitución de los Estados Unidos, hago valer mis derechos y quiero mantenerme callado y que un abogado defensor esté presente en cualquier y cada uno de mis encuentros o communicaciones con las autoridades, tales como fiscales, agentes del orden público, la policía o cualquier otro que actúa en nombre de dichas autoridades. No quiero renunciar, ni voy a rennunciar a ninguno de mis derechos constitucionales si no está presente un abogado defensor. No quiero que las autoridades ni sus representantes me hagan preguntas o se comuniquen conmigo, ni que me pidan renunciar a mis derechos constitucionales. Si quieren hacerme preguntas o comunicarse conmigo, quiero que mi abogado defensor siempre esté presente.

Fecha: 4.25.24

Firma del acusado

Testigo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Apolonio Gamez<br><br>　　　　　　　　　Defendant. | Case No: 24mj1635-AHG<br><br>**ORDER** |

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions from the Supreme Court and the Ninth Circuit interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government relating to guilt or punishment that might reasonably be considered favorable to the defendant's case, even if the evidence is not admissible so long as it is reasonably likely to lead to admissible evidence. *See United States v. Price*, 566 F.3d 900, 913 n.14 (9th Cir. 2009). Accordingly, the court orders the government to produce to the defendant in a timely manner all such information or evidence.

Information or evidence may be favorable to a defendant's case if it either may help bolster the defendant's case or impeach a prosecutor's witness or other government evidence. If doubt exists, it should be resolved in favor of the defendant with full

1

disclosure being made.

If the government believes that a required disclosure would compromise witness safety, victim rights, national security, a sensitive law-enforcement technique, or any other substantial government interest, the government may apply to the Court for a modification of the requirements of this Disclosure Order, which may include *in camera* review and/or withholding or subjecting to a protective order all or part of the information.

This Disclosure Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Disclosure Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges. Nothing in this Disclosure Order enlarges or diminishes the government's obligation to disclose information and evidence to a defendant under *Brady*, as interpreted and applied under Supreme Court and Ninth Circuit precedent. As the Supreme Court noted, "the government violates the Constitution's Due Process Clause 'if it withholds evidence that is favorable to the defense and material to the defendant's guilt or punishment.'" *Turner v. United States*, 137 S. Ct. 1885, 1888 (2017), quoting *Smith v. Cain*, 565 U.S. 73, 75 (2012).

Dated: 04/25/2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge

1 TARA K. MCGRATH
2 United States Attorney
CARLOS ARGUELLO
3 Assistant United States Attorney
California Bar No. 301489
4 United States Attorney's Office
5 880 Front Street, Room 6293
San Diego, California 92101-8893
6 Telephone: (619) 546-6684
7 Carlos.Arguello@usdoj.gov

8 Attorneys for Plaintiff
9 UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24-MJ-1635-AHG |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| APOLONIO GAMEZ, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

   <u>Name</u>

   None.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

   <u>Name</u>

   None.

Please feel free to call me if you have any questions about this notice.

DATED: April 29, 2024

              Respectfully submitted,

              TARA K. MCGRATH
              United States Attorney


              <u>*s/ Carlos Arguello*</u>
              CARLOS ARGUELLO
              Assistant United States Attorney
              Attorneys for Plaintiff
              United States of America

2

AO 466 (Rev. 12/17) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
for the
Southern District of California

**FILED**
MAY 09 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America )
v. )
Apolonio Gamez )
_Defendant_ )

Case No. 24-mj-1635-AHG

Charging District's Case No. 18-cr-100

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the _(name of other court)_ Central District of California

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5/9/24

_Defendant's signature_

_Signature of defendant's attorney_

Jordan Schaer
_Printed name of defendant's attorney_