Submit this form to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
05/23/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  V.  PLAINTIFF | CASE NUMBER: 5:18CR100-JGB-1 |
|---|---|
| Apolonio Gamez  USMS# 76062-112  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 05/21/2024 at 16:00 ☐ AM ☒ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Title 18 United States Code, Section(s) 3583(e)(3)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: ____

7. Year of Birth: 1977

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ____ Phone Number: ____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): Subject arrived in C/CA via JPATS

11. Name: Steven Lipscomb (please print)

12. Office Phone Number: 951-276-6182     13. Agency: US Marshal Service

14. Signature: [signature] #31063     15. Date: 5/23/2024

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION