USMS # 76062-112

**RECEIVED** By USMS at 11:09 am, Jan 30, 2024

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: | FILED CLERK, U.S. DISTRICT COURT |
|---|---|---|
| Plaintiff(s) | 5:18-CR-00100-JGB-1 | 05/23/2024 |
| vs | | CENTRAL DISTRICT OF CALIFORNIA |
| Apolonio Gamez | **WARRANT FOR ARREST** | BY: AP  DEPUTY |
| Defendant(s) | | |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Apolonio Gamez and bring him forthwith to the nearest Magistrate Judge to answer to a(n):  ☐ Complaint   ☐ Indictment   ☐ Information   ☐ Order of Court   ☒ Violation Petition

☐ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title __18__ United States Code, Section(s) __3583(e)(3)__

Brian D. Karth
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

[signature]
SIGNATURE OF DEPUTY CLERK

January 26, 2024, Riverside, CA
DATE AND LOCATION OF ISSUANCE

By  Jesus G. Bernal, U.S. District Judge
NAME OF JUDICIAL OFFICER

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

1/30/2024
DATE RECEIVED

5/21/2024
DATE OF ARREST

[signature]
NAME OF ARRESTING OFFICER

Deputy Marshal
TITLE

[signature]
SIGNATURE OF ARRESTING OFFICER

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

G-04 (10/15)                    **WARRANT FOR ARREST**